Argued and submitted March 26, reversed June 3, petition for review denied
November 24, 1998 (328 Or 40)

MAX DONALD McCURDY,
*Respondent,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Appellant.*

(96-04-27968M, 96-10-28331M;
CA A98023 (Control), A98024)

958 P2d 905

Christine Ann Chute, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Bob Pangburn argued the cause and filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Wollheim, Judges.

PER CURIAM

Reversed. *Weidner v. Armenakis,* 154 Or App 12, 959 P2d 623 (1998).